IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| TERRI ALLEN IRVIN,<br><br>        Plaintiff,<br><br>vs.<br><br>BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET MANUFACTURING, LLC, and BIOMET U.S. RECONSTRUCTION, LLC,<br><br>        Defendants. | Case No.: 3:19-cv-00189-JFA<br><br>**ORDER** |

The Court, having been advised by counsel that the claims of Terri Allen Irving ("Plaintiff") as against Biomet, Inc.; Biomet Orthopedics, LLC; Biomet Manufacturing, LLC; and Biomet U.S. Reconstruction, LLC ("Defendants") have been settled, and that Plaintiff has agreed on terms for the dismissal of Defendants, hereby orders that this action be dismissed without costs and without prejudice.

If settlement as to Defendants is not consummated within a reasonable time, any party may, within ninety (90) days, petition the Court to reopen the action and restore it to the calendar. *See* Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, any party may, within ninety (90) days, petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder as to Defendants shall be *with prejudice* if no action is taken under either alternative within ninety (90) days from the filing date of this order.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

June 13, 2019                                Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge